LAVERY & SIRKIS
699 Washington Street, Suite 103
Hackettstown, NJ 07840
(908) 850-6161
Joan Sirkis Lavery, I.D. #JL4841
Attorney for Debtor, Thomas Mastersen

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

---

| In the Matter of | : | Chapter 13 |
|---|---|---|
| | : | |
| Thomas Mastersen | : | |
| Debtor | : | BANKRUPTCY CASE #15-18541/MBK |
| | : | |
| | : | CERTIFICATION IN OPPOSITION TO |
| | : | MOTION TO EXTEND TIME TO |
| | : | OBJECT TO DISCHARGE AND |
| | : | DISCHARGEABILITY |

1. I am the debtor and the above captioned Chapter 13 case.

2. The code provides specific deadlines for filing a non-dischargeability complaint.

3. The creditor has provided no valid reason to justify the time frames of the code not being adhered to.


WHEREFORE, it is respectfully requested that the Motion to extend time to object to discharge and dischargeability be denied.


I certify under penalty of perjury that the foregoing is true and correct.

/s/ Thomas Mastersen
Thomas Mastersen

08/19/15