UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 26, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Thomas A Mastersen

| | |
|---|---|
| Case No.: | 15-18541 |
| Hearing Date: | 8/25/15 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION

## TO EXTEND TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 26, 2015**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____7/31_____, 20 15  by

 Andre L. Kydala , Esq._____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*